IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARTER R. STUFFLEBEAM,<br><br>Defendant. | 9:24-po-5034-KLD<br><br>VIOLATION: E1085778<br>Location Code: LEMM<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine of $15, a $10 special assessment and $30 processing fee for violation number E1085778. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.  Payments may be made at the rate of $5.00 per month.

IT IS FURTHER ORDERED that any future hearings are VACATED.

DATED this 8th day of August, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge